IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | * |
| | * |
| Plaintiff | * |
| | * |
| v. | CIVIL NO. WMN-00-2649 |
| | * |
| MARY BRIDGETTA TOMARCHIO | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court file reflecting that service of process was effected upon defendant **Mary Bridgetta Tomarchio** on September 29, 2000, and that said defendant has not yet filed any response to the Complaint; therefore, it is this 28th day of December, 2000

ORDERED:

That plaintiff file within ten days a motion for entry of default and motion for default judgment as to defendant **Mary Bridgetta Tomarchio,** or provide a report as to why such a motion would be inappropriate.

William M. Nickerson
United States District Judge

